# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**INSTANTER ORDER**

February 6, 2023

*Before*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-2925 | JOHN DOE,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>LOYOLA UNIVERSITY CHICAGO,<br>　　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-07335<br>Northern District of Illinois, Eastern Division<br>District Judge Steven Charles Seeger ||

　　　　Upon consideration of the **MOTION OF FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT**, filed on January 27, 2023, by counsel for amicus curiae Foundation for Individual Rights and Expression,

　　　　**IT IS ORDERED** that the motion for leave to appear as amicus curiae is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered copies of the amicus curiae brief.

form name: **c7_InstanterOrderFiled**　　(form ID: **123**)